**PEOPLE OF THE TERRITORY OF GUAM, Plaintiff**

v.

**WILLIAM F. SMITH, Defendant**

Criminal No. 255-75

Superior Court of Guam

June 12, 1975

ABBATE, *Judge*

DECISION

This Court in the above-entitled matter denied a preliminary hearing at the request of defense counsel. This Court once again, adheres to its original ruling. The defendant has come before the Court to plead on an *information* (emphasis mine) duly signed by an assistant attorney general. A preliminary examination does not have to be held if an information is filed. Rule 5(c) is only applicable where a person is arrested under a warrant, or without a warrant, and a complaint is issued in compliance with Rule 4(a). The purpose of a preliminary examination has no other purpose than to afford a person an opportunity to challenge the existence of probable cause. It serves no useful purpose to have a preliminary examination after an information has been filed by the Office of the Attorney General. See *Roddy v. United States*, 296 F.2d 9.